**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Johnny James–Franklin DAVIS,**
**Defendant–Appellant.**

No. 09–7212.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2011.

Decided: March 17, 2011.

Johnny James–Franklin Davis, Appellant Pro Se. Jennifer P. May–Parker, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny James–Franklin Davis appeals the district court's order granting relief on his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Davis,* No. 7:01–cr–00062–F–1 (E.D.N.C. June 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*